CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 03 2021

JULIA C. DUDLEY, CLERK
BY: /s/ D. Beeson
DEPUTY CLERK

| For Clerk's Office Use | |
|---|---|
| Judge | Rec'd |

IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTICT
OF VIRGINIA

For use by inmates filing a complaint under **CIVIL RIGHTS ACT, 42 U.S.C. §1983** or **BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS, 403 U.S.C. §388 (1971)**

FRED CARRASCO
**Plaintiff full name**

02099-748
**Inmate No.**

v.

CIVIL ACTION NO. 7:21CV464

FEDERAL Bureau of prisons
**Defendant(s) full name(s)**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A. Current facility and address: DANBURY F.C.I 33 1/2 PEMBROKE RD, DANBURY, CT 06811

B. Where did this action take place? DANBURY F.C.I

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

____ Yes    _X_ No

If your answer to A is Yes, answer the following:

   1. Court: _____

   2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

_X_ Yes    ____ No

   1. If your answer is Yes, indicate the result:
   FOR CLAIM #1. BP8 WAS NOT RETURNED, FOR CLAIM #2 I WAS TOLD I HAVE A DATE/APPOINTMENT WITH THE VASCULAR SURGEON BUT I HAVE NOT SEEN ANYONE.

   2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

ON OCTOBER 7th 2020 I WAS TOLD BY "INMATE (JOE PIPER) THAT MY BOTTOM BUNK PASS (MEDICAL) WAS REVOKED AND THAT I WOULD HAVE TO MOVE TO A TOP BUNK, I INFORMED "INMATE"

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

8-13-21 I WROTE A ELECTRONIC COP OUT FOR MEDICAL SERVICES MY VEINS AROUND MY ANKLE ARE BURSTING AND CAUSING EXTREME PAIN, MY FOOT IS BLACK AND IN NEED OF

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

I WANT MY VARICOSE VEINS FIXED AND MONETARY COMPENSATION

G. If this case goes to trial do you request a trial by jury? Yes __X__ No ____

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address after I have been released or transferred or my case may be dismissed.

DATED: 8-29-21    SIGNATURE: Fred C_____

VERIFICATION:
I, FRED CARRASCO, state that I am the plaintiff in this action and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertations are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

DATED: 8-29-21    SIGNATURE: Fred Carrasco

## CONTINUED CLAIM #1

...JOE PAPER, THAT I HAD A BOTTOM BUNK PASS AND HE TOLD ME THAT CORRECTIONAL COUNSELOR MR. D. BOZEK DID NOT CARE, AFTER A BRIEF CONVERSATION WITH (D. BOZEK) HE TOLD ME TO EITHER MOVE TO TOP BUNK OR HE WOULD MOVE ME TO THE SPECIAL HOUSING UNIT SO I ATTEMPTED TO CLIMB ON TOP BUNK AND SLIPPED AND FELL INJURING MY (L4-L5) SPINE AND LACERATING MY ANKLE AND KNEE, WHILE WAITING FOR X-RAYS 2 WEEKS LATER I SLIPPED AND REINJURED MY SPINE AGAIN IN THE SHOWER AND (10-20-20) WAS TAKEN TO EMERGENCY ROOM WHERE X-RAYS SHOW INJURY TO LOWER SPINE (L4-L5) ALL THIS TIME I WAS WAITING FOR DANBURY HEALTH SERVICES TO GIVE ME SOME ANTIBIOTICS FOR THE VEIN AROUND MY ANKLE THAT BURST BUT NEVER SAW ANYONE EVEN AFTER REPEATED REQUEST (I BELIEVE ITS CALLED DELIBERATE INDIFFERENCE) AND A VIOLATION OF MY 8th AMMENDMENT RIGHT AGAINST CRUEL AND UNUSUAL PUNISHMENT, AFTER REPEATED REQUEST TO SEE THE DOCTOR I DECIDED TO SHOW MY FOOT TO MR. ESCOBAR OF HEALTH SERVICES WHILE HE WAS VISITING ANOTHER INMATE AND I FINALLY GOT SOME BAND AIDS, AS A RESULT OF DELIBERATE INDIFFERENCE I WAS FORCED TO USE A WALKING KANE TO ASSIST ME FOR SIX MONTHS. FOR A

WHOLE YEAR I HAVE BEEN ASKING TO SEE THE VASCULAR SURGEON AND HAVE NOT BEEN SEEN BY ANYONE EVERYTIME I ASK OR COMPLAIN ABOUT MY FOOT I'M TOLD TO WAIT THAT I'M ON SOME NON EXISTING LIST TO SEE A PROVIDER. WHEN I ASKED A DOCTOR TO SEND ME OUT TO A VASCULAR SURGEON (2016) MY VARICOSE VEIN WAS JUST A SMALL AREA AFFECTED, NOW (2021) MY ENTIRE FOOT FROM HIP TO ANKLE IS AFFECTED AND MY VEINS ARE NOW BURSTING FROM THE SKIN MY FOOT IS BLACK AND I CANNOT EVEN WEAR ANY FOOT WEAR.

Continued Claim #2

1... EMIDIATE MEDICAL CARE I HAVE REPEATEDLY SENT EMAILS COMPLAINING OF MY ANKLE. PAIN PUSS, REDNESS, BLACK BLOOD AND I CAN NOT PUT MY SHOE ON ANY MORE I NEED TO SEE THE DOCTOR BUT I AM BEING IGNORED. WHAT AMMOUNTS TO DELIBERATE INDIFFERANCE AND A VIOLATION OF MY 8TH AMMENDMENT Right Against CRUEL AND UNUSUAL PUNISHMENT.

I HAVE BEEN TRYING TO HAVE MY RIGHT FOOT SEEN BY A VASCULAR SURGEON FOR OVER A YEAR DANBURY HEALTH SERVICES HAS DONE NOTHING TO ATTEMPT TO FIX MY LEG SOME TIME NOVEMBER 2021 I WAS TAKEN TO SEE THE SURGEON BUT I WAS HELD AT R+D FOR OVER 2 HOURS AND ARRIVED AT THE HOSPITAL LATE THE DOCTOR WOULDNT SEE ME AFTER THIS DANBURY WAITED OVER A YEAR TO FINALLY PUT ME IN FOR AN APPOINTMENT, WHILE WAITING MY FOOT HAS BECOME INFECTED AND MY VEINS ARE BURSTING CAUSEING HOLE IN ANKLE MEDICAL HEALTH SERVICES WILL NOT SEE ME, ONLY AFTER A LAWYER CALLS THEM OR SOMEONE FORCES THEM TO SEE ME WILL THEY SEE ME. I HAVE WRITTEN COP-OUTS, grievances Electronic Coporits I HAVE ASKED THE WARDEN, CAPTAIN CASE MANAGER COUNSELOR etc. FOR HELP.

Federal Correctional Institution
33 1/2 Pembroke Road
Danbury, CT 06811-3099
Inmate Name: FRED CARRASCO
Register Number: 02099-748



WESTCHESTER NY
31 AUG 2021 PM

CLERK UNITED STATES DISTRICT COURT
210 FRANKLIN ROAD, SW, Suite 540
ROANOKE, VA 24011-2208

24011-220840