UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AUG 8 2022 PM 1:58
FILED-USDC-CT-HARTFORD

FRED CARRASCO
  PLAINTIFF,
   - V -

          CASE NO. 3:21-CV-1540-VCB

FEDERAL BUREAU OF PRISONS Et al..,
  DEFENDANTS

          AMENDED COMPLAINT

## I. JURISDICTION & VENUE

THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C SECTION 1983 TO REDRESS THE DEPRAVATION, UNDER COLOR OF LAW, OF RIGHTS SECURED BY THE U.S. CONSTITUTION. THE COURT HAS JURISDICTION UNDER 28 U.S.C. SECTION 1331 AND 1343 (a)(3). PLAINTIFF CARRASCO SEEKS DECLATORY RELIEF PURSUANT TO 28 U.S.C. SECTION 2201 AND 2202, AND INJUNCTIVE RELIEF UNDER 28 U.S.C. SECTION 2283 & 2284 AND RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

  THE DISTRICT OF CONNECTICUT IS THE PROPER VENUE UNDER 28 U.S.C. SECTION 1391 (b)(2) BECAUSE IT IS WHERE THE CRIMES GIVING RISE TO THE CLAIMS AROSE.

## II. PLAINTIFFS

  PLAINTIFF FRED CARRASCO, IS AND WAS AT ALL TIMES MENTIONED HEREIN A PRISONER OF THE FEDERAL BUREAU OF PRISONS. HE IS CURRENTLY IN CONFINEMENT AT DANBURY F.C.I DANBURY CT,.

- 1 -

## III. DEFENDANTS

DEFENDANT: EASTER, WAS THE WARDEN AT DANBURY F.C.I. SHE WAS RESPONSIBLE FOR THE DAILY OPERATIONS, AND FOR THE WELFARE OF [All] INMATES AT DANBURY F.C.I.

DEFENDANT: A. CHOCHO IS THE CASE MANAGEMENT COORDINATOR AT DANBURY F.C.I WHO, AT AII TIMES MENTIONED IN THIS COMPIAINT, HELD THE RANK OF CASE MANAGEMENT COORDINATOR

DEFENDANT: FEDERAL BUREAUE OF PRISONS, IS THE AGENCY WHO EMPLOYS AII DEFENDANTS AT AII TIMES MENTIONED IN THIS COMPIAINT AND IS RESPONSIBLE FOR HIRING [QUALIFIED] PERSONEII

DEFENDANT: MICHAEI J. CARVAJAL WAS THE FEDERAI BUREAU OF PRISONS DIRECTOR AND WAS RESPONSIBLE FOR THE DAILY OPERATIONS AND WELFARE OF AII PRISONS UNDER THE F.B.O.P TITIE, AND ITS INMATES HE WAS CHARGED WITH (AMONG MANY OTHER THING) MAKEING SURE THAT AII **EMPLOYEES** WERE PROVIDED THE PROPER TRAINING AND KNOWIEDGE TO HANDIE ANY PARTICUIAR JOB TITIE

DEFENDANT MR. SMITH, WAS THE UNIT MANAGER WHERE THE **CRIMES** GIVING RISE TO THE CIAIMS AROSE. HE WAS RESPONSIBIE FOR CIEARING

-2-

OUT THE 10 MAN DORM ON THAT PARTICULAR DAY THAT MY BOTTOM BUNK PASS WAS REVOKED.

DEFENDANT: D. BOZEK, WAS AND IS CURRENTLY A CORRECTIONAL COUNSELOR AT DANBURY F.C.I. HIS TITLE AS CORRECTIONAL COUNSELOR IS CHARGED WITH SANITATION AND BUNK ASSIGNMENT (END TITLE)

DEFENDANT: J. GIBBSON IS AN EMERGENCY MEDICAL TECHNICIAN AT DANBURY F.C.I

DEFENDANT: JULIE SCHINDLER WAS A DOCTOR HERE AT DANBURY F.C.I, FABREGAS SCHINDLER JULIE, D.O

DEFENDANT: AHSAN SADAF MD HOLDS A TITLE WITH PSYCOLOGY SERVICES

DEFENDANT: WERNER ESCOBAR F.N.P IS A NURSE PRACTICIONER AT DANBURY F.C.I

DEFENDANT: R. ADAMSON IS A SOCIAL WORKER AT DANBURY F.C.I

DEFENDANT: ANGELA DUKATE HSA/RN IS THE ADMINISTRATOR FOR THE HEALTH SERVICES DEPARTMENT

DEFENDANT: INSURANCE PROVIDER FOR FABREGAS

-3-

SCHINDLER JULIE, DO THE INSURACE PROVIDERS NAME
IS CURRENTLY BEING REQUESTED VIA DISCOVERY........
        EACH DEFENDANT IS SUED INDIVIDUALLY AND IN
THEIR OFFICIAL CAPACITY. AT ALL TIMES IN THIS
COMPLAINT MENTIONED EACH DEFENDANT ACTED UNDER THE
COLOR OF LAW.

## III. FACTS

        ON OCTOBER 7, 2020 AT OR AROUND 10:00 A.M, I
WAS AWAKEN BY INMATE JOSEPH PAPER WHO AT THE
TIME HELD THE HEAD ORDERLY POSITION IN UNIT E/A AT THE
DANBURY F.C.I LOW. INMATE PAPER WITH CLIP BOARD IN
HAND DEMANDED THAT I WERE TO MOVE FROM MY BOTTOM
BUNK TO AN UPPER BUNK WITH INMATE JASON GONZALEZ
I THEN ASKED INMATE PAPER "UNDER WHOS AUTHORITY
WAS I TO MOVE TO AN UPPER BUNK" TO WHICH HE ANSWERED
"MR. BOZEK IS REVOKING YOUR BOTTOM FLOOR/BOTTOM BUNK
PASS THAT WAS ISSUED BY MEDICAL HEALTH SERVICES TO
GIVE YOUR BED TO ANOTHER INMATE, I THEN ADVISED
INMATE PAPER THAT HE NOR MR. BOZEK HAD THE JOB
TITLE TO REVOKE MY BOTTOM BUNK/FLOOR PASS AND THAT
I WOULD LIKE TO SPEAK WITH MR. BOZEK BEFORE ANYTHING
HAPPENS, INMATE PAPER THEN MENTIONED THAT THREE
OTHER INMATES WERE TARGETED AS WELL BY MR. BOZEK
INMATE RUBEN BRIONES, INMATE MILLET, INMATE
KENNETH KINDION, INMATE FRED CARRASCO AND ANOTHER
INMATE WHOS NAME I CAN NOT REMEMBER BUT WHO CAN

- 4 -

CAN BE EASILY RESEARCHED BY ADMINISTRATION RECORDS. INMATE BRIONES MENTIONED TO ME THAT HIS BOTTOM BUNK PASS WAS ISSUED BY PSYCOLOGY DEPARTMENT, MR. KINDION WAS ISSUED HIS BOTTOM BUNK PASS BY MEDICAL HEALTH SERVICES HE HAD SERIOUS SPINAL ISSUES, INMATE MILLET MENTIONED THAT HE WAS FORCED TO SLEEP ON THE CONCRETE FLOOR FOR FEAR OF ROLLING OFF THE TOP BUNK AND SERIOUSLY INJURING THIMSELF, I MYSELF WAS AND HAVE HAD A Bottom FLOOR Bottom BUNK PASS SINCE 2016 DUE TO VERTIGO, MY PASS HAS NEVER BEEN AN ISSUE UNTIL I WAS TRANSFERED TO DANBURY F.C.I MY PASS WAS REVOKED SHORTLY BEFORE MY ACCIDENT OUT OF ADMINISTRATIVE CONVINEANCE PLAIN AND SIMPLE, SHORTLY AFTER MY CONVERSATION WITH INMATE PAPER MR. BOZEK ARRIVED TO GIVE ME AN ULTIMATUM I WAS TO MOVE TO AN UPPER BUNK OR BE ESCORTED TO THE SPECIAL HOUSING UNIT, I THEN PRODUCED MY Bottom BUNK PASS TO WHICH HE JUST SMILED AND RESPONDED THAT THE DOCTOR HAD REVOKED MY PASS, THAT MS. SCHINDLER HAD REVOKED MY PASS. I ASKED MR. BOZEK HOW HE KNEW THAT MY PASS WAS REVOKED, AND HE RESPONDED THAT THE Admihistration NEEDED THE 10 MAN DORMS CLOSED MR. BOZEK TOLD ME THAT MS. COCHO C.M.C WAS INVOLVED IN CALLING the SHUTS TO HAVE THESE DORMS CLOSED. I THEN TOLD

-5-

MR. BOZEK THAT I NEEDED TO SPEAK WITH THE DOCTOR REGARDING MY BOTTOM BUNK PASS, TO WHICH HE RESPONDED THAT HE WOULD CALL THE HEALTH SERVICES DEPARTMENT TO RELAY MY REQUEST, IN THE MEANTIME I WAS TO MOVE MY MATTRESS TO AN UPPER BUNK. I TOLD D. BOZEK THAT I WOULD COMPLY WITH HIS REQUEST BECAUSE I DIDN'T WANT HIM TO WRITE ME UP, BUT I DID TELL MR. BOZEK WHY I NEEDED THE BOTTOM BUNK MY MEDICAL ISSUES IN TOTAL I DID TELL MR BOZEK THAT I FEARED I WOULD FALL OFF TOP BUNK AND SERIOUSLY INJURE MYSELF I THEN ASKED MR. BOZEK TO PLEASE NOT MAKE ME MOVE BUT MR. BOZEK SMILED AND WALKED AWAY, I DO FEEL THAT I EXPRESSED MYSELF CLEARLY BUT MR. BOZEK DID NOT CARE, I THEN PROCEEDED TO MOVE MY MATTRESS TO THE BUNK OVER INMATE JASON GONZALEZ I WAS DIZZY AND MY RIGHT CALF CRAMPED UP I THOUGHT MY FOOTING WAS SURE I TRIED TO RELEASE THE MATTRESS SO I CAN GRAB A HOLD OF THE LADDER BUT MY HAND EYE CORDINATION WAS BADLY OFF I MISSED SLIPPED OFF THE LADDER CUT MY RIGHT ANKLE ON A JAGGED PIECE OF STEEL FROM BAD WELDING FELL ON MY BUTTOX HEARD MY TAILBONE POP FELT MY HIP HYPER EXTEND MY BACK SEIZED UP I HIT MY HEAD SAW STARS AND WHAT I FELT NEXT WAS

-6-

PERHAPS THE MOST EXCRUCIATING PAIN I HAVE EVER EXPERIANCED IN MY LIFE, I LITHERALLY LAYED ON THE FLOOR PARALYZED BY THE PAIN BLOOD LEAKING FROM MY ANKLE WOUND, AN INMATE HELPED ME UP AND I SOME HOW MADE IT TO MY CHAIR WHERE I DID WAIT FOR SOMEONE TO CALL THE OFFICER ON DUTY THE OFFICER ON DUTY THEN CALLED FOR MEDICAL HEALTH SERVICES TO ARRIVE, MR. J. GIBBSON EMT ARRIVED AFTER 20-30 MINUTES AND ENTERED THE OFFICERS STATION THE OFFICER THEN CAME OUT THE STATION AND CALLED OUT MY NAME ASKING THAT I REPORT TO THE OFFICERS STATION (GIVE OR TAKE) 100 FEET FROM WHERE I WAS SITTING, A COMMON PRACTICE FOR MEDICAL HEALTH SERVICES TO CALL THE INMATE TO THE OFFICERS STATION, THEY FIGURE IF THE INMATE CAN WALK THEN THERE IS NO EMERGENCY, AFTER THE OFFICER WAS TOLD THAT I WAS BLEEDING FROM MY FOOT THEN MR. GIBBSON EMT APPROACHED MY LIVING QUARTERS. I THEN REMINDED MR. GIBBSON THAT I SUFFER FROM VERTIGO, NUMBNESS IN THE LOWER EXTREMETIES AND LEG CRAMPS, I WAS TOLD TO APPLY PRESSURE TO MY RIGHT ANKLE LACERATION AND THAT MR. GIBBSON WOULD RETURN TO WRAP MY FOOT CORRECTLY BUT HE NEVER RETURNED MR. GIBBSON ABANDONED ME IT WAS TIME FOR HIM TO GO HOME

-7-

AND THATS EXACTLY WHAT He DID, MY BOTTOM BUNK PASS WAS REINSTATED DUE TO MY NEW INjURIES SHORTLY AFTER DINNER I WAS CALLED TO THE HEALTH SERVICES DEPARTMENT WHERE MS. FABREGAS JULIE SCHINDLER WAS WAITING TO EVALUATE MY INJURIES I ASKED THE DOCTOR WHY MY BOTTOM FLOOR/BUNK PASS WAS REVOKED SHE TOLD ME THAT MS. A. DUKATE THE H.S.A ADMINISTRATOR GOT A CALL FROM SOMEONE? IN ADMINISTRATION TO HAVE 4 INMATES REVIEWED FOR REVOKATION OF BOTTOM BUNK PASS MS. DUKATE PASSED THE DUTY TO MS. SCHINDLER WHO TOLD ME THAT SHE DID NOT WANT TO REVOKE MY PASS BUT HER HANDS WERE TIED, I ASKED HER WHY SHE WOULD VIOLATE HER OATH AS A DOCTOR SHE RESPONDED THAT SHE WAS TOLD TO REVOKE(OUR) PASSES NO MATTER WHAT EXCUSE NEED BE GIVEN TO ME/US, I THEN ASKED HER HOW I WOULD BE EXPECTED TO CLIMB THE LADDER BEING THAT MY LEG goes NUMB AND I SUFFER FROM VERTIGO? SHE THEN TOLD ME TO USE MY UPPER BODY TO PULL MYSELF UP AND WHEN ON TOP BUNK FOR ME TO HOLD ON TIGHT, I WILL BE willing TO GO UNDER HYPNOSIS OR TAKE A LIE DETECTOR TEST ANYTIME TO PROVE TO THE COURT THAT I TELL NO LIES AT NO TIME DURING THIS COMPLAINT. MS. SCHINDLER THEN WRAPPED MY FOOT/ANKLE IN BAND-AID AND TOLD ME TO TALK TO MS. **DUKATE** ABOUT GETTING MY PASS

-8-

REINSTATED PERMANENTLY BECAUSE MY TEMPORY PASS WOULD EXPIRE SOON AS MY WOUNDS WERE HEALED, SEEING THAT I WOULD GET NO WHERE WITH MS. SCHINDLER I LEFT HER OFFICE, THE NEXT DAY AT LUNCH TIME I APPROACHED MS. DUKATE H.S.A AND ASKED HER WHY SHE WOULD HAVE MY PASS REVOKED I MENTIONED THAT THE DOCTOR (SCHINDLER) TOLD ME THAT SHE HAD ORDERED MY PASS REVOKED MS. DUKATE RESPONDED THAT SHE DID NOT HAVE ANYONES PASS REVOKED AND THAT IF I HAVE AN ISSUE I SHOULD SEE HEALTH SERVICES OR WRITE A BP-8 SHE TOLD ME THAT OUR PASSES WERE REVOKED BECAUSE A NEW POLICY WAS BEING INACTED WHERE AN OUTSIDE DOCTOR HAD TO RECCOMEND BOTTOM BUNK PLACEMENT, I TOOK HER FOR HER WORD AND HAD SOMEONE CHECK (ONLINE) BOTTOM BUNK CRITERIA AND IT DOES NOT SAY ANYTHING REGARDING WHAT MS. DUKATE HAD EXPLAINED, I THEN REALIZED I WAS BEING (SPINNED) AS THE OFFICERS CALL IT ONE OFFICER RECCOMENDS ANOTHER AND ON GOES THE ENDLESS CYCLE WHEN I RETURNED TO MY UNIT I SPOKE TO MR. BOZEK WHO THEN EXPLAINED TO ME THAT THE ORDER TO CLOSE THE 10 MAN DORMS WAS GIVEN TO HIM BY C.M.C. MS A. CHOCHO WHO INFORMED MR. SMITH WHO THEN INFORMED MR. BOZEK WHO WHEN HE RELIZED HE HAD NO OPEN BOTTOM BUNKS DECIDED TO

-9-

CONSPIRE WITH THE DEFENDANTS TO MAKE ROOM FOR THE INMATES BEING KICKED OUT OF THE 10 MAN DORM BETWEEN THE DEFENDANTS 4 INMATES WERE DECIDED TO HAVE THEIR BOTTOM BUNK PASSES REVOKED OUT OF PURE ADMINISTRATIVE CONVINEANCE THEIR PLAN WAS PUT TO WORK AND ALL DEFENDANTS HAD PRIOR KNOWLEDGE OF THE CRIMES THE DEFENDANTS WERE COMMITTING, IN MY OPINION A COUNSELOR DOES NOT HAVE THE AUTHORITY TO INTERFEAR IN MEDICAL RELATED ISSUES JUST LIKE A CASE MANAGEMENT COORDINATOR DOES NOT HAVE A LICENSEE TO PRACTICE MEDICINE, TO INTERFEAR WITH AN INMATES MEDICAL NEEDS IS PURE DISCRIMINATION, I ALSO WROTE COUNTLESS ELECTRONIC COP-OUTS (THAT I AM CURRENTLY WAITING TO BE SENT TO ME THROUGH FREEDOM OF INFORMATION ACT REQUESTS) TO THE WARDEN OF DANBURY F.C.I AT THE TIME OF MY ACCIDENT/REVOKATION SHE NEVER RESPONDED BUT I DID FINALLY SEE HER AT MAIN LINE DURING LUNCH TIME, I ASKED THE WARDEN IF IT WAS TRUE WHAT D. BOZELL, A. CHOCHO, MR SMITH, MS. DUKATE, MS. SCHINDLER AND MS. AHSAN WERE SAYING "THAT THE WARDEN GAVE THE ORDER TO SHUT DOWN THE 10 MAN DORMS? THE WARDEN TOLD ME THAT (REGION) GAVE HER THE ORDER TO CLOSE THE 10 MAN DORMS AND THAT SHE THEN RELAYED THE MESSAGE/MEMO TO DANBURY ADMINISTRATION I EXPLAINED THAT HER ORDER HAD MY BOTTOM BUNK

-10-

PASS REVOKED I EXPLAINED EVERYTHING TO HER AND SHE TOLD ME THAT NO ONE SHOULD HAVE GOTTEN INVOLVED IN MEDICAL RELATED ISSUES AND THAT SHE WOULD GET TO THE BOTTOM OF MY ISSUES, I NEVER HEARD ANOTHER WORD FROM HER, I THEN TALKED TO MR. SMITH THE THEN UNIT MANAGER I REQUESTED THAT HE EXPLAIN WHY ALL THIS WAS HAPPENING TO ME BEING THAT HE WAS IN CHARGE OF THE UNIT AND THE 10 MAN DORM IN UNIT E/A HE EXPLAINED EXPLAINED TO ME THAT MR. D. BOZEK HAD INMATE JOESEPH PAPER THE THEN HEAD ORDERLY FIND MR. BOZEK 4 BOTTOM BUNKS TO WHICH HE COULD PLACE THE 4 INMATES IN THE 10 MAN DORM THAT WOULD BE CLOSED FOR WHAT EVER REASON AND THAT (MR. PAPER) SELECTED THE 4 INMATES HE THOUGHT DID'NT NEED A BOTTOM BUNK MR. BOZEK DELIGATED ALL HFS DUTIES TO THIS INMATE THIS INMATE DECIDED WHO LIVED WHERE WHO GOT A JOB WHO GOT FIRED THIS INMATE WAS ALLOWED TO KEEP A SORT OF BLUE PRINT OF THE BUNK PLACEMENTS IN UNIT E-A ALONG WITH EVERY NAME AND REG # OF EVERY INMATE IN THIS UNIT, THIS INMATE DID SELECT THE INMATES THAT WERE TO BE REMOVED FROM THEIR BUNKS THE RECCOMENDATION WENT TO MR. BOZEK WHO THEN CONSPIRED WITH THE DEFENDANTS

-11-

TO HAVE OUR PASS' REVOKED, SOMETIME AROUND THE 19th OR OCTOBER 2020 I SLIPPED IN THE SHOWER AREA AND WAS KNOCKED OUT WHEN I CAME TO AN INMATE WAS TRYING TO HELP ME SIT UP BUT I COULDN'T MY BACK WAS CRAMPED UP THE OFFICERS CALLED THE PARAMEDICS AND I WAS RUSHED TO THE HOSPITAL EMERGENCY ROOM WHERE X-RAYS WERE FINALLY DONE OF MY LOWER SPINE I HAD BEEN WAITING FOR X-RAYS TO BE DONE BUT THE MEDICAL HEALTH SERVICES HERE AT DANBURY F.C.I DELAY EVERYONE ACCESS, THE DOCTOR AT THE HOSPITAL TOLD ME THAT MY L4-L5 WERE MODERATELY TO SEVERLY DISPLACED COMMON AFTER AN ACCIDENT FROM A FALL AT THAT HEIGHT I HAD MENTIONED TO THE DOCTER, THE DOCTOR RECCOMENDED I BE PLACED IN A LOWER BUNK BECAUSE MY L4-L5 WAS GOING TO CONTINUALLY DETERIORATE I RETURNED TO THE PRISON WHERE I HAD TO STILL WAIT WEEKS TO SEE SOMEONE AND ONLY BECAUSE I KEPT COMPLAINING TO HEALTH SERVICES THAT I NEEDED X-RAYS DONE OF MY SPINE, BACK, ANKLE, AND WRIST, FNP ESCOBAR TOLD ME I HAD A CONDITION CALLED DEGENERATIVE DISC DISPLACEMENT AND GAVE ME A BOTTOM BUNK PASS VALID FOR 4 MONTHS, MS. Schindler TOLD ME THAT THE DISPLACEMENT WAS NOT CAUSED BY MY FALL BUT BY BAD BONES SHE TOLD ME THE DISPLACEMENT IN MY SPINE WAS HEREDITARY

-12-

AND ASKED ME IF MY PARENTS HAVE THESE SUCH problems WHEN I TOLD HER NO SHE THEN TOLD ME IT COULD BE RELATED TO A WORK RELATED ISSUE WHEN I TOLD HER THAT I NEVER INJURED MYSELF AT WORK SHE THEN TRIED TO EXPLAINE THAT IF I WERE lifting WEIGHTS I COULD HAVE INJURED myself UNKNOWINGLY. I THANKED HER AND QUICKLY left Her OFFICE. I WOULD WRITE A COP-OUT TO MEDICAL ASKING FOR PAIN MEDS AND MEDICAL WOULD IGNORE ME AND I WAS IN SO MUCH PAIN, I WOULD ASK TO SEE DR. GREEN AND I WOULD BE IGNORED. I WOULD ASK TO SEE THE SPINE SPECIALIST AND IT TOOK THE SPECIALIST AROUND A YEAR TO SEE ME I WAS TOLD I WOULD HAVE AN M.R.I DONE OF MY SPINE BUT I HAVE NOT HAD THIS DONE YET AND WERE 2022 I WAS SENT TO THE SPECIAL HOUSING UNIT DECEMBER 2020 WHERE I SPOKE WITH MS. AHSAN FROM THE PSYCOLOGY SERVICES DEPARTMENT, I ASKED HER WHY PSYCOLOGY SERVICES WAS NOT RESPONDING TO MY REQUESTS FOR A BOTTOM BUNK PASS POLICY STATES THAT IF TAKING MULTIPLE PSYCOTROPIC MEDICATION (AND I WAS) I QUALIFY FOR A PASS SHE TOLD ME HER HANDS WERE TIED AND THAT MEDICAL DECIDES WHO GETS A PASS I SHOWED HER MY FOOT AND SHE STILL CHOSE TO DO NOTHING, I TOLD HER THAT MY MENTAL CONDITION WAS GETTING WORSE

-13-

MY ANXIETY WAS THROUGH THE ROOF AND I WAS HEARING MY NAME BEING CALLED I ASKED TO BE GIVEN SOMETHING TO MAKE IT STOP BUT SHE DENIED ME, I WAS HAVING THOUGHTS OF SUICIDE AND THE PAIN IN MY FOOT WAS DRIVING ME TO SUCH THOUGHTS MY PSYCOLOGICAL STATE WAS QUICKLY DEMINISHING AND I NEEDED HELP ALL THEY COULD THINK OF WAS THAT I WAS SOME HOW TRYING TO GET OVER ON THEM IF IT WERE NOT FOR MY CELLMATE I WOULD HAVE NOT GOTTEN THROUGH, BY THIS TIME MY ANKLE WAS INFECTED I WAS RELEASED FROM THE S.H.U WHILE THERE I MUST HAVE WRITTEN 20 COP-OUTS ASKING TO SEE THE DOCTOR REGARDING MY ANKLE WOUND I WAS RELEASED 2021. THEN MARCH 19 2021 I WAS DIAGNOSED WITH COVID-19 I WAS QUARENTINED FOR 21 DAYS I COMPLAINED OF MY ANKLE WOUND WHILE THERE AND I WAS IGNORED I WAS THEN RELEASED BACK TO GENERAL POPULATION WHERE I WAS SENT BACK TO UNIT E/A AFTER A WHILE I SAW F.N.P ESCOBAR AND I ASKED HIM IF HE WOULD TAKE A LOOK AT MY ANKLE WOUND I HAD BEEN ASKING TO SEE HIM FOR MONTHS NOW AND HE TOLD ME HE WOULDNT SEE ME HE TOLD ME TO PUT IN A COP-OUT THAT HE WAS BUSY, I DIDN'T TAKE NO FOR AN ANSWER I SHOWED THE OFFICER ON DUTY MY FOOT AND

-14-

He ASKED MR. ESCOBAR To TAKE A look, The Second He SAW MY FooT I HAD HIS ATTENTION I HAD A 2 cm Hole In MY ANKLE MADE BY A STAFF INFECTION gone Wild DUE TO INDIFFERENCE MY FOOT WAS SWOLLEN TWICE ITS SIZE I WAS PLACED ON ANTIBIOTICS MY FOOT WAS WRAPED AND I WAS IGNORED FOR MONTHS THE INFECTION KEPT COMEING BACK BECAUSE THE ANTIBIOTICS WERE WEAK NOT PERSCRIBED FOR STAFF INFECTIONS I WAS MOVED TO UNIT GIA BY MR. BOZEK WHERE I FILED A B-P8, BP9, BP10 ON THIS ISSUE I WOULD FILE one REMEDY AND THE COUNSELOR MR. PORTER WOULD SomeHow lose IT, WHEN I WOULD ASK HIM IF I got AN ANSWER He would TELL ME He Couldn't REMEMBER WHERE He PUT IT AND ASK ME TO FILL ANOTHER OUT BUT I WOULD geT NOWHERE MY REMEDIES WERE Being BLOCKED BY THE ADMINISTRATION AND I HAVE ALREADY SENT THE COURT PROOF, AT THIS TIME MY STAFF INFECTION CAME BACK THE Hole In MY FOOT WAS TWICE ITS SIZE NOW AND I ASKED MS. ADAMSON TO Help ME GET SEEN BY A DOCTOR AND SHE REFUSED, SHE TOLD ME SHE HAD NOTHING TO DO WITH MEDICAL ISSUES FOR ME TO write A cop-out SICK CALL REQUEST, I WAS THEN SEEN BY AN OUTSIDE SPECIALIST WHO RECCOMEND SURGURY AND A Follow Up FOR Ultra SOUND, SINCE

-15-

THEN IVE BEEN SENDING COP-OUTS SICK CALLS PAPER COP-OUTS AND ASKING EVERY DUTY OFFICER FOR HELP I ASKED MR. NEWTASKT TO HELP ME GET SEEN BY MEDICAL AND ALL HE WOULD TELL ME IS TO (TRUST THE SYSTEM) I ASKED D. BOZEK, MR PORTER IT TOOK MONTHS TO SEE ME AND WHEN I WAS FINALLY CALLED TO MEDICAL IT WASN'T FOR MY ANKLE INFECTION IT WAS A ROUTINE CHECK UP MEDICAL HAD NO IDEA THAT I HAD BEEN TAKEN TO AN OUTSIDE SPECIALIST OR THEY SHOULD BE GIVEN AN OSCAR FOR BEST PERFORMANCE MS. ADAMSON REFUSED TO PERSCRIBE ME MEDICAL SHOES, SHE TOLD ME TO BUY THEM OFF COMMISSARY, I WAS WEARING SHOWER SHOES EVERYWHERE I WAS REFUSED A PASS TO HAVE ANOTHER INMATE PICK UP MY FOOD AND I WAS IN SO MUCH PAIN, THE SPINE DOCTOR TOLD ME I SHOULD EXERCISE SO I TRIED BUT I COULDN'T BECAUSE MY ANKLE WAS SWOLLEN, WHEN I SHOWED MS. ADAMSON MY FOOT SHE TOLD ME I SHOULD GET THAT LOOKED AT, THE MEDICAL HEALTH SERVICES IS KNOWN FOR DELAYING ACCESS, INDIFFERANCE, AND DESTROYING DOCUMENTS MEDICAL FILES, I HAVE BEEN (SUPPOSEDLY) ON THE list TO BE ACCEPTED IN THE (MAT) PROGRAM THAT'S THE MEDICALLY ASSISTED TREATMENT PROGRAM FOR DRUG ADDICTS SINCE 2020 2 YEARS IVE BEEN DELAYED ACCESS EVEN THOUGH IVE BEEN SENT TO THE SPECIAL HOUSING UNIT 2 TIMES FOR DRUG USE MS. ADAMSON

-16-

REFUSES TO ALLOW ME ACCESS TO THE (M.A.T.) TREATMENT SHE KNOWS, MR. GREEN KNOWS, ALL OF PSYCOLOGY KNOWS THAT I HAVE A DISEASE CALLED DRUG ADDICTION BUT I AM BEING DELAYED, IGNORED, BLOCKED AND THIS IS RELEVENT BECAUSE IT SHOES A PATTERN OF MEDICAL INDIFFERANCE TO SERIOUS MEDICAL NEEDS JUST KNOWING THAT THERE IS TREATMENT BUT MS. ADAMSON IS INDIFFERANT AND NOT ALLOWING ME ACCESS IS HAVING ITS DESIRED EFFECT I'M BEING TORTURED AND THIS ADMINISTRATION EVERYONE HERE WORKING IS THE SAME THEY ALL LOOK OUT FOR EACH OTHER IF MEDICAL IS ALLOWED TO DESTROY MEDICAL RECORDS WHY NOT BE ALLOWED TO REVOKE A MEDICAL PASS (DESTROYING MEDICAL RECORDS SEE WHITTED-V-EASTER)

MS. GUY WAS CALLED TO EVALUATE MY INFECTION AND AS SOON AS SHE SAW MY FOOT I WAS PERSCRIBED ANTIBIOTICS FOR MERCER, I HAD TO FORCEFULLY SHOW MY FOOT TO MS. ADAMSON WHO THEN CALLED THE NURSE TO SEE ME, THE TIME IT TOOK TO GET ANTIBIOTICS WAS OVER 2 MONTHS BY THEN MY FOOT WAS BEYOND NORMAL I HAD A 3 CM HOLE IN OR AROUND MY ANKLE AREA I ASKED FOR A KANE TO HELP ME WALK BUT I WAS DENIED.

WHEN I REALIZED THAT I WOULD'NT GET THE TREATMENT I NEEDED I FILED MY LAW SUIT (1983) BY THEN I WAS IN THE SPECIAL HOUSING UNIT FOR DRUG USE

~17~

AGAIN, I SUFFER FROM ANXIETY CLOSTERPHOPIA SO I ACCEPTED A JOB AS THE S.H.U ORDERLY IT ALLOWED ME TIME OUT THE RESTRICTED CELLS AND THEY ALLOWED ME A CHANCE TO SHOWER EVERYDAY THAT WAS THE MOST IMPORTANT I NEEDED TO CLEAN MY FOOT DAILY SO WHEN THE LT ASKED I ACCEPTED THE JOB I CUT THE SIDE OF MY SHOE OFF SO IT WOULDN'T RUBB ON MY WOUND TO HELP ME WALK AND PERFORM MY DUTIES, WHEN I ASKED MR. CHAPUT FROM MEDICAL FOR PERMISSION TO SHOWER EVERYDAY TO CLEAN MY WOUND DAILY HE REFUSED HE TOLD ME TO WASH MY FOOT IN THE TOILET AND WALKED AWAY I MUST HAVE REQUESTED FROM EVERYONE AT MEDICAL MS. DUICATE, MR CHAPUT, MS. BOYD, MS ADAMSON, MS. LAPIANT, MS. LENAY, MS. CERATANI, TO HAVE SOMEONE CHECK OUT MY ANKLE INFECTION EVERYONE IGNORED ME MR. STAUBUR WAS DOING HIS ROUNDS AND I SHOWED HIM MY FOOT HE PULLED ME OUT AND TOLD ME THAT MY PROBLEM WAS VASCULAR HE WAS WITH THE DERMATOLOGIST SO BACK TO MY CELL I WENT, WHILE BACK THER AUGUST 2021 IN S.H.U. MR. MICHAEL J. CARVAHAI CAME TO VISIT THE S.H.U. I SHOWED HIM MY FOOT AND HE TOLD ME HE WOULD HAVE SOMEONE SEE ME BUT HE DIDNT RETURN I WAS ABANDONED BY THE TOP B.O.P OFFICIAL/DIRECTOR I WAS RELEASED FROM THE S.H.U AND THE DAY I WAS RELEASED D. BOZEIL HAD MY BOTTOM FLOOR PASS REVOKED

- 18 -

Again "out of Administrative convinience" but I can't retaliation Mr. D Bozek operates with impunity at Danbury F.C.I He had me sent to a unit on a third floor three sets of stairs to get to the unit initially I was attacked verbaly because (Bozek) designated me to a bunk that was already designated to Another inmate the inmate became irate and I was nearly attacked physically Mr. Bozek walked me in the unit then abandoned me to fend for myself, I explained to Mr. Bozek that I had a bottom floor bottom bunk pass the entire time I was housed in S.H.U I was on the first floor, he told me he called medical and that Mr. Gibbson had revoked my bottom floor pass, I went to see Mr. Gibson the Next day to complain of back problems due to A fall in the shower in unit K/A Mr. Gibbson told me that my pass was never revoked but that Mr. Bozek requested that I be sent to unit K/A, I was Denied medical attention even after recent accident and told to Return to my unit. I spoke with Ms. Breece about my bottom floor pass she checked the computer and told me my bottom floor pass was revoked, So I went to See the Lt. Mr Amadi who basically cussed me out and directed me to Refuse Housing

-19-

WHICH I DID AND WAS PLACED IN THE S.H.U BY MR. BOZEK HIMSELF I WAS written AN INCIDENT Report FOR REFUSING HOUSING EVEN AFTER I SHOWED EVERYONE MY ANKLE WOUND. THIS SHOWS A PATTERN OF RETALTATION BY MR D. BOZEK AND THIS IS WHY I REQUEST A TEMPORARY RESTRAINING ORDER Against MR. BOZEK FOR FEAR OF FURTHER RETALIATION THE ACTIONS OF THIS OFFICER BORDER ON THE CRIMINAL AND He SHOULD NOT BE ALLOWED TO FURTHER RETALIATE. WHILE IN THE S.H.U I DEVELOPED AN EAR INFECTION SEVERE TO THE POINT THAT IVE LOST MY HEARING I REQUESTED TO BE SEEN BY A DOCTOR BUT WAS IGNORED FOR MONTHS UNTIL I STOPPED MR GALAZZO FROM MEDICAL AS He WALKED BY MY CELL He Took A look AT MY EAR AND HAD ANTI-BIOTICS DROPS PRESCRIBED THE INFECTION PERSISTED AND I LOSS MY HEARING PERMANANTLY THIS IS RELEVENT BECAUSE It SHOWS A PATTER OF DELAYING ACCESS AND MEDICAL INDIFFERENCE WHENEVER MY NAME IS SEEN BY MEDICAL I'M IGNORED EVEN AFTER I PROVE MY ISSUES ARE EMERGENCYS. I WAS RELEASED THE NEXT DAY AND MY Bottom Floor/Bottom BUNK PASS WAS REINSTATED MAGICALLY, MY INFECTIONS PERSISTED AND I REQUESTED TO BE SEEN BY MR ESCOBAR F.N.p BUT like EVERY other ISSUE I WAS TOLD I WOULD BE SEEN BY A PROVIDER, WEEKS WENT BY AND I FINALLY ASKED MR. ANDERSON TO ALLOW ME TO go TO MEDICAL I HAVE DEVELOPED ANOTHER MASS

—20—

An infection on my shin lower right foot red soar puss, blood. my skin was turning black, I went to see Mr. Escobar who told me he couldn't see me that I was out of bounds the officer should not have allowed me to go to medical, I was sent back to my unit where I wrote to medical complaining that I wouldn't be seen by Mr Escobar I was then immediately called back But Mr. Escobar didn't see me, I was told that I should go back to my unit and Mr. Escobar would Be notified of my infection (All this is recorded on video) I was not told anything it took them a week to give me some antibiotics even after knowing that a staff infection left unchecked would possibly be life threatening I do Believe I was delayed medical treatment to further my infection, I had a 10 cm round ball of puss red black Blood oozing its hard to say otherwise they were being medically indifferant to serious medical needs to life/limb infections, I've asked to have a photo taken for years But I have been denied By the warden, Assistant warden, Captain, Lt, counselor and officer I guess proof should not Be allowed at all cost, As soon as it was known that my civil suit was accepted my medical care got Better I was being treated as if I were the only prisoner at medical, Before

-21-

THIS, I WAS DENIED SIMPLE THINGS LIKE BAND AIDS MEDICAL GAUZE, TAPE, COMPRESSION STOCKINGS ETC. NOW I WAS BEING CALLED EVERY 2 WEEKS GIVEN TAPE BAND AIDS AND ALL THE THINGS I WAS TOLD WERE NOT AVAILABLE TO ME BEFORE,

MY NAME IS FRED CARRASCO I WAS BORN IN TEXAS LIKE EVERY HUMAN BEING I MADE A MISTAKE AND TRAFFIKED MARIJUANNA I WAS SENTENCED TO 185 months IN FEDERAL CUSTODY BEFORE PRISON MY legs WERE FINE 2013 I COMPLAINED OF VERTIGO AND A BUMP ON MY leg RIGHT THIGH THAT OVER TIME HAS GOTTEN SO SERIOUS THAT I might lose MY RIGHT FOOT AT THE ANKLE IF I DO NOT GET THIS SURGERY SOON ASAP, TO BE A MEDICAL NURSE, DOCTOR, OR ANY Sort of MEDICAL PROFESSIONAL ONE NEEDS TRAINING AND ITS SAFE TO SAY THAT A TRAINED MEDICAL PROFESSIONAL WOULD KNOW THAT IF LEFT UNCHECKED MY CONDITION WOULD EVENTUALLY REQUIRE REMOVAL OF MY INNER VEIN IN ITS ENTIRETY, A MEDICAL PROFESSIONAL WOULD ALSO KNOW THAT WHEN left UNCHECKED A STAFF INFECTION COULD KILL ITS HOST SO ITS SAFE TO SAY THAT WHEN A MEDICAL PROFESSIONAL ENCOUNTERS A PATIENT WITH A STAFF INFECTION EMIDIATE TREATMENT IS REQUIRED WITHOUT DELAY, SO WHY ARE THESE SUPPOSED MEDICAL PROFESSIONALS ALLOWED TO HIDE BEHIND (IMMUNITY) THE DIFFERENCE BETWEEN NEGLECT, MALPRACTICE, OR PLAIN MEDICAL INDIFFERENCE, ITS CLEAR THAT THESE MEDICAL

-22-

professionals ARE Being Indifferent, BECAUSE To BE Allowed To practice (MAlpractice) AND Neglect would BE THE Director of The B.O.P's Neglecting His Duties To Acculre Competent MEDICAl professionals, THESE MEDICAL workers Have BEEN Indifferent to me Since 2013 THE prooF Is IN writing IVE BEEN Approved For Surgery Since may 2022 AND HAVE NOT BEEN SCHEDULED For THAt Appointment, Knowing Now AFTER All IVE BEEN THROUGH with MEDICAL Knowing my Surgery Is An EMERgency THEy ARE STIll BEIng Indifferent AND they Do it Not Careing ABOUt THE COURT KnowIng THEy ARE protected BY SUCH TAngs like Immunity THE Fact that THEy get A.U.S.A To represent them EMpowers them To DETAY My Surgery wHIlE THEy ARE IN THE Spot light MAtters To THem NonE, I HAVE DEVEloped ANOTHER INFECTION AND Have Been waiting to SEE MEDICAL FoR ovER A month THe INFection Is Spreading up my leg my SKIn is turning BlACK But Still Im Being DElayed

THE SPECFAlist Tells me THAt My AnklE would NoT Fully RECover From THE TISSUE THAt WAs EAten BY MY INFECTions I wAlK with A limp ANd I HAVE To WEAr SPECIAl SHOES FOR FEAR oF BursTIng vedns in MY AnklE, IVE BEEN HAnDicAped By MEDICAL, THE SpecIAlist HAs TAkEN pHotos oF MY Foot AND HAs CAllEd MEDICAl Here At DAnBURY F.C.I To Tell THEm I NEED

—23—

THE SURGERY HOWEVER NOTHING HAS BEEN DONE, I WANT THE PEOPLE RESPONSIBLE FOR MY INJURY TO PAY FOR MY REHABILITATION, FOR MY PSYCOLOGICAL REHAB AND FOR PAIN AND SUFFERING, I WANT THEM TO KNOW THAT IT IS NOT OK TO ABUSE THEIR AUTHORITY THEN HIDE BEHIND THE LAW, IT DOES NOT MAKE ANY SENSE THAT WE AS VICTIMS ARE NOT ALLOWED TO SUE THE DEFENDANTS IN THEIR OFFICIAL CAPACITY WHEN THE CRIMES THEY COMMITTED WERE DONE WHILE UNDER THEIR OFFICIAL CAPACITY THAT THEY USED THEIR OFFICIAL CAPACITY TO VIOLATE MY CONSTITUTIONAL RIGHTS BECAUSE IF THEY WERE (OFF DUTY) THEY WOULD NOT BEEN ALLOWED TO VIOLATE MY CONSTITUTIONAL RIGHTS.

To BE INDIFFERENT: MARKED BY NO SPECIAL LIKING FOR OR (DISLIKE) OF SOMETHING, ALL DEFENDANTS HAVE A DISLIKE FOR ANYTHING TO DO WITH ME, I HAVE FILED A FREEDOM OF INFO ACT REQUEST ASKING FOR THE LOGIN ID USER NAME OF THE PERSON RESPONSIBLE FOR REVOKING MY PASS BOTH TIMES WHEN I RECIEVE THE DOCUMENT I WILL SEND TO COURT A.S.A.P. PLEASE FORGIVE MY WRITING I ONLY HAVE AN 8th GRADE EDUCATION AND AND OLD INJURY PREVENTS ME FROM READABLE ENGLISH. I HAVE SHOWN A PATTERN OF RETALIATION BY MR. D. BOZEK, MR. BOZEK MALICIOUSLY KICKED MY BUNK WHILE I WAS SLEEPING TO AWAKE ME TO TELL ME TO REMOVE MY CELLMATES ARTICLE OF CLOTHING HANGING FROM THE BUNK, WHILE SLEEPING I HAVE TROUBLE BREATHING I

-24-

HAVE SLEEP APNEA AND WHEN MR. BOZEK KICKED MY BUNK I WAS STARTLED AWAKE AND SUFFERED A COUGHING FIT. I SHOULDN'T FEAR SLEEP BECAUSE I DONT KNOW WHEN MR. BOZEK WILL COME AND HARRASS ME I HAVE TO SLEEP WITH ONE EYE OPEN, I MENTION THIS TO SHOW A PATTERN OF HARRASSMENT MR. BOZEK' CONDUCT IS DANGEROUS HE DOES NOT DO HIS JOB HE ALLOWS THE HEAD ORDERLY TO DICTATE BUNK ASSIGNMENTS AND AT TIMES INMATES ARE FORCED TO SLEEP ON TOP BUNKS WHILE HOLDING A VALID BOTTOM BUNK PASS IT IS ONLY A MATTER OF TIME UNTIL SOMEONE IS MORTALLY INJURED BECAUSE THESE COUNSELORS ARE ALLOWED TO DELIGATE THEIR DUTIES TO INMATES DRREN WRIGHT I WAS FORCED TO SLEEP ON A TOP BUNK WHILE IN D/A UNIT EVEN AFTER HE TOLD THE COUNSELOR HE NEEDED A BOTTOM BUNK THERE ARE COUNTLESS INMATES BEING FORCED TO SLEEP ON TOP BUNKS CURRENTLY ALL BECAUSE THE COUNSELORS ARE ALLOWED TO OPERATE, PROTECTED BY THE LAW.

MY WOUND WAS VIEWED BY EVERY OFFICER ON THIS COMPOUND IM KNOWN AS THE GUY WHO WEARS THE ALTERED SHOES, AN ACTUAL BLIND INMATE TOLD ME THAT WHAT IS BEING DONE AMOUNTS TO MEDICAL NEGLECT IN THE least AND MEDICAL INDIFFERENCE IN ITS TOTAL, THERE IS IRREFUTABLE EVIDENCE OF INDIFFERANCE AND I WANT THE WORLD TO KNOW THIS, I ASK THAT THE COURT ALLOW ME THE OPPORTUNITY TO EXPLAIN MYSELF BEFORE A JURY THE PROOF IS OUT THERE I just NEED A CHANCE TO SHOW

-25-

The court.

## IV. Denial of Medical Care

While suffering from a deep 2 cm hole in my ankle and requesting medical emergency, all defendants refused to assist the plaintiff, or to seek medical intervention and care. Amounting to medical indifferance. Delaying access to serious medical needs

## V.
## Exhaustion of Administrative Remedies

The plaintiff has attempted to file his administrative remedies and copies of such are attached to THIS complaint previously filed with respect to exhausting my administrative remedies. The plaintiff shows proof that such remedies were being delayed, blocked or out right destroyed

## VI. Claims for Relief

The actions of the defendants and those mentioned within this complaint and not limited, is denying delaying plaintiff to emergency medical attention

-26-

And Failing To OFFER EMERGENCY MEDICAL ATTENTION WERE DONE SADISTICALLY AND MALICIOUSLY AND Constitute CRUEL AND UNUSUAL punishment IN VIOLATION OF THE eight Amendment OF THE U.S. Constitution

## VII. RELIEF REQUESTED

WHEREFORE', PLAINTIFF REQUEST THAT THE COURT grant The Following Relief:

A. ISSUE AN INJUNCTION ORDERING THE FEDERAL Bureau OF PRISONS To:

1. Immediately TRANSFER PlAINTIFF To A MEDICAL FACILITY BETTER EQUIPPED To Address HIS MEDICAL Needs AND Rehabilitation.

2. To IMMEDIATELY PLACE COUNSELOR D. BOZEK ON ADMINISTRATIVE LEAVE PENDING out come OF CIVIL MATTER To protect plaintiff From FURTHER RETALIATION.

B. AWARD COMPENSATORY DAMAGES IN THE Following Amounts:

1. $100,000 jointly AND SEVERALLY AGAINST THE DEFENDANTS FOR THE DENIAL OF EMERGENCY MEDICAL CARE THAT Resulted In THE plaintiffs Injuries

C. AWARD PUNITIVE DAMAGES IN THE FOLLOWING AMOUNTS:
1. $5,000,000 JOINTLY AGAINST DEFENDANTS

D. GRANT SUCH OTHER RELIEF AS IT MAY APPEAR PLAINTIFF IS ENTITLED.

28, JULY, 2022
RESPECTFULLY SUBMITTED

FRED CARRASCO 02099-748
33 1/2 PEMBROKE RD.
DANBURY F.C.I
DANBURY CT, 06811

CC: PLEASE FORWARD TO COUNSEL FOR DEFENDANT.

## VERIFICATION

I HAVE READ THE FOLLOWING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE, EXCEPT TO MATTERS ALLEGED ON INFORMATION AND BELIEF, AND, AS TO THOSE, I believe THEM TO BE TRU. I CERTIFY UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED AT DANBUR CT, ON JULY 28, 2022

_Fred Carrusco_
FRED CARRUSCO  02078-748
33½ PEMBROKE RD,
DANBURY CT, 06811

CC: PLEASE FORWARD TO COUNSEL FOR DEFENDANTS

-29-