UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FRED CARRASCO
    PLAINTIFF,       >   CASE NO. 3:21-CV-01540-VLB
    - V -
FEDERAL BUREAU OF PRISONS
    ET AL DEFENDANTS.

AMENDMENT TO COMPLAINT

THE PLAINTIFF MOVES THE COURT TO FILE AMENDED COMPLAINT IN REGARDS TO POST-INJURY MEDICAL AND PSYCOLOGICAL TREATMENT TO IDENTIFY THE OFFICERS WHO WERE DELIBERATELY INDIFFERENT TO SERIOUS MEDICAL NEEDS.

(FACTS) POST INJURY - MEDICAL PSYCOLOGICAL INDIFFERENCE

ON OCTOBER 7, 2020 THE DEFENDANTS DID CONSPIRE TO HAVE MY BOTTOM FLOOR/BOTTOM BUNK PASS REVOKED OUT OF PURE ADMINISTRATIVE NEED, THE PLAINTIFF FELL OFF TOP BUNK AND SERIOUSLY INJURED HIS LOWER SPINE (L4-L5) AND RIGHT LEG/ANKLE AREA CAUSEING LACERATIONS TO INNER ASPECT OF ANKLE, MR.

(1.) J. GIBBSON TOLD ME HE WOULD RETURN TO WRAP MY FOOT TO STOP THE BLEEDING BUT NEVER RETURNED I DID CONTINUE TO REQUEST TO SEE A MEDICAL HEALTH SERVICE

1.

PROFESSIONAL AND WAS IGNORED. AS A RESULT MY INJURY TURNED TO MURDER AND A SERIOUS INFECTION THE PAIN WAS 15 OUT OF 1-10. MS. (2) Julie FABREYAS SCHINDLER WHO REVOKED MY PASS OCT, 7. 2020 EXPLAINED TO ME THAT THE ADMINISTRATION GAVE HER THE ORDER THROUGH MS A. DUKATE, MS. SCHINDLER REFUSED TO SEE ME FOR MY ANKLE INJURY, REPEATED REQUEST TO SEE HER WENT DENIED FOR MONTHS. FINALLY (3.) MR. WERNER ESCOBAR WAS MAKING A MEDICAL UNIT CALL TO SEE ANOTHER INMATE AND I ASKED THAT HE TAKE A look AT MY FOOT, AT THAT TIME I HAD A 3 CM HOLE IN MY ANKLE ARE BLOOD, PUSS, AND SWELLED DOUBLE MY NATURAL FOOT SIZE, MR ESCOBAR INITIALLY REFUSED TO SEE ME HE STATED THAT I NEEDED TO MAKE AN APPOINTMENT WITH MEDICAL WHEN I REFUSED TO go AWAY I WAS THREATENED WITH SOLITARY CONFINEMENT, I NOT CARING FOR NOTHING OTHER THAN KEEPING MY FOOT TOOK MY BANDAGE OFF AND FORCED MR. ESCOBAR TO SEE MY INJURY, AT THAT TIME HE CALLED FOR ASSISTANCE AND A MEDICAL TECHNICIAN ARRIVED TO BANDAGE MY FOOT, THE RECORDS STATED THAT THERE WAS MILD DISCOLORATION AND NO DRAINAGE WHEN IN FACT MY FOOT WAS OOZING BLOOD, PUSS, AND TISSUE I SHOWED MY FOOT TO MR. RUSSELL, MR, GAYNOR, MR HANLEY MR. OCHOA, MR SHORTELL, MR. MCGREGGOR, MR. AMARELLO AND ANY OTHER OFFICER THAT WOULD look, TO USE THEM

2.

AS WITNESS's TO MY INJURY, IT TOOK MONTHS TO FINALLY RECIEVE THE MEDICATION REQUIRED TO KILL THE INFECTION WHICH DID NOT WORK, I WAITED MONTHS TO RECIEVE X-RAYS OF MY FOOT AND MORE TO FINALLY RECIEVE ONE OF MY LOWER SPINAL AREA A YEAR TO SEE THE SPINAL SPECIALIST WHOS NAME I DO NOT REMEMBER AND NEVER DID I RECIEVE THE MEDICAL SUPPLIES RECOMMENDED BY THE SPECIALIST SUCH AS LUMBAR SUPPORT BELT OR THE M.R.I REQUESTED BY THE SPECIALIST, HEALTH SERVICES PURPOSELY MISMANAGED MY DIEGNOSIS AND REQUESTED MEDICAL PROCEDURES, IT WAS NOT UNTIL HEALTH SERVICES WAS MADE AWARE OF MY ATTEMPTS TO FILE ADMINISTRATIVE REMEDIES THAT THEY DECIDED TO COVER THEIR SEX AND PRESUME TO SCHEDULE REGULAR FNP VISITS WITH HEALTH SERVICES. (4.)(MR ROBERT T. GREEN O.B.G.V.N.) WAS INDIFERENT TO SERIOUS MEDICAL NEEDS AND REFUSED TO SEE ME FOR OVER 9 MONTHS AT A TIME ALL THE WHILE MY FOOT WAS DETERIORATING FAST WHEN HE DID SEE ME HE WOULDN'T ALLOW ME TO SHOW HIM MY INJURY CLAIMING THAT MY INJURY HAD AND WAS ALREADY BEING TENDED TO, MR. GREEN DID NOT REQUEST THAT MY APPOINTMENTS TO SEE (VASCULR) BE SCHEDULED, INSTEAD MONTHS WOULD GO BY UNTIL I WOULD ASK FOR AN UPDATE THAT HE WOULD REMEMBER TO SCHEDULE MY APPOINTMENTS MR. GREEN ACCORDING TO MR. ESCOBAR FILED A REPORT

-3.

THAT HE RECENTLY VISITED WITH ME REGARDING (WOUND)
WHICH HAS NOT HEALED OFF AND ON FOR OVER 2 YEARS
MR. GREEN HAS NOT SEEN ME FOR OVER A YEAR AFTER
REPEATED REQUEST TO SEE A (DOCTOR). THE DANBURY
HEALTH SERVICES ARE ILL EQUIPPED, ILL STAFFED AND
MOST OF AN ILL TRAINED OFFICERS AND SOICIAL SERVICES
WORKERS ARE MAKING MEDICAL DETERMINATIONS HERE AT
DANBURY, WHICH RESULTS IN MALPRACTICE, NEGLEGENCE, AND
INDIFERENCE. I HAVE BEEN ON ANTIBIOTICS MULTIPLE TIMES
FOR STAFF INFECTION IN ANKLE AREA WOUND AND EVERY
TIME I REQUESTED THE MEDS FROM A. DUKATE I WAS
IGNORED, AUGUST-SEPT. 2021 I WAS IN SOLITARY CONFINEMENT
AND I COMPLAINED OF INFECTION TO ANKLE WOUND AND ASKED
MS. DUKATE TO SEE SOMEONE FROM MEDICAL I NEVER DID
SEE ANYONE EVERY WEDNESDAY I WOULD REPEAT MY QUESTION
AND RECIEVE THE SAME RESULT THE CAMERA FOOTAGE WILL
CONFIRM IF NESSECARY. THE INFECTION SPREAD TO MY EAR
AND I SUFFERED SEVERE HEARING LOSS AS A RESULT OF
INFECTION, I GUESS THEY SAY I HANDLED MY FOOT THEN
PICKED MY EAR CAUSEING INFECTION IT WASN'T UNTIL I
STOPED MR. GALIAZO THAT HE WRAPED MY FOOT AND SENT ME
EAR DROPS, WHEN I WAS RELEASED FROM S.H.U, MY BOTTOM
FLOOR PASS WAS REVOKED BY MEDICAL HEALTH SERVICES AGAIN
AND I WAS SENT TO AN UPPER FLOOR UNIT I SLIPPED IN SHOWER
RE INJURING MY FOOT AND BACK AND AGAIN DOWN UNIT STEPS

- 4 -

AND WAS SENT TO MEDICAL WHERE I WAS SEEN BY MR. J GIBBSON WHO TOLD ME THERE WAS NOTHING HE COULD DO AND THAT I WOULD HAVE TO RETURN TO THE UPPER FLOOR UNIT WHILE HE RESEARCHED THE REASON WHY MY PASS WAS REVOKED MR BUZEL D. WAS THERE TO SHOW ME MY BUNK PLACEMENT AND ADVISE ME OF PASS REGULATION I THEN REFUSED THE HOUSING PLACEMENT AND WAS SENT TO THE SPECIAL HOUSING UNIT (SOLITARY CONFINEMENT) BECAUSE MEDICAL REFUSED TO UPDATE MY PASS I SUFFERED A MENTAL BREAK DOWN THAT DAY AND WAS THINKING OF INJURING SOMEONE ELSE OR ENDING MY life, THE FOLLOWING DAY I WAS RELEASED AND MY PASS REINSTATED MAGICALLY

(5.) (MS. AHSAN SADAF MD) WAS INDIFFERENT TO MY NEEDS WHEN SHE AS A PROFESSIONAL DENIED ME ACCESS TO psycological SERVICES (BOTTOM BUNK PASS) I ASKED HER FOR HELP WITH MY BOTTOM BUNK PASS AND SHE KNEW THAT THE MEDICATION SHE PERSCRIBES CAUSES DIZZYNESS I ASKED HER TO INTERVENE But SHE DENIED ME I TOLD HER I WAS AFRAID OF FALLING OFF BUNK BUT SHE JUST TOLD ME SHE WASN'T getting INVOLVED WITH WHAT PROBLEMS I HAD WITH THE Administration I SENT HER electronic cop-outs WHICH CAN BE RETRIEVED WITH COURT ORDER IVE BEEN DENIED AT EVERY REQUEST PSYCOLOGY SERVICES HAS BEEN NON EXISTENT until Recently I HAVE BEEN FORCED TO COPE INDEPENDENTLY, I RECENTLY

-5-

BROKE DOWN AND WROTE DR. HUBER MY TRUE FEELINGS OF POSSIBLY HURTING MYSELF AND HE DID VISIT WITH ME WHICH HELPED TREMENDOUSLY, IVE DEVELOPED PSYCOLOGICAL HABBITS AND FEARS OF SOLITARY SITUATION BROUGHT ON BY MY SITUATION MEDICALLY, IT TURS OUT THAT I COULD HAVE BEEN TAKEN TO THE EMERGENCY ROOM AND STITCHED UP MAYBE EDUCATED IN REGARDS TO WOUND MANAGEMENT, I WOULD THINK A MEDICAL PROFESSIONAL WOULD KNOW THAT LEFT UNCHECKED MERCOR OR STAFF CAN CAUSE DEATH MY FOOT IS SERIOUSLY DAMAGED I WALK WITH PERMANANT LIMP MY SITUATION IS EMERGENCY RELATED AND I NEED SURGURY A.S.AP IVE BEEN APPROVED FOR SURGURY SINCE MAY 20, 2021 AND I HAVE BEEN SUFFERING IN PAIN EVER SINCE MY FALL OCT. 7, 2020 THE DEFENDANTS ARE RESPONSIBLE FOR MY MEDICAL DETORTERATION ITS BEEN YEARS PROVIDEING ACCESS IS ONE THING SERIOUSLY DELAYING ACCESS IS WRONG I WAS INJURED THE DEFENDANTS KNOW THIS, WHAT THEY DID WAS WRONG (ILLEGAL), STILL ALL I ASKED FOR WAS HELP GETTING MEDICAL ATTENTION TO HEAL MY WOUND, THEY DENIED DELAYED AND OUTRIGHT IGNORE BECAUSE D. BOTEK REQUESTED THAT I BE DENIED, DELAYED AND IGNORED STILL I WAITED I APOLOGIZED TO MR. BOTEK FOR WHATEVER I MIGHT HAVE DONE TO HIM STILL HE CONTINUED TO ABUSE HIS POWER I DECIDED TO ASK THE COURT TO RESOLVE OUR ISSUES

-6-

August 27 2022 AT AROUND 12:00 AM THE WOUND ON MY ANKLE FINALLY BURST AND BLEED UNCONTROLABLY MY ARTERY HAS BEEN TORN BY CONSTANT INFECTION AT THIS TIME THE OFFICERS ARE NEVER AROUND SO IT TOOK AROUND 10-15 MINUTES TO GET SOME HELP BY THE TIME THE OFFICERS ARRIVED I FELT DIZZY, HEAD ACHE AND WEEK, MS. GUINN LT, WRAPED MY WOUND AND SENT ME TO MY BUNK WITH INSTRUCTIONS TO KEEP MY LEG UP, SHE SAID AND I QUOTE ("I DO NOT WANT TO SEND YOU TO THE HOSPITAL AT THIS TIME BECAUSE THERE ARE NO REAL DOCTORS ON CALL LATE THIS HOUR".) I DID NOT SLEEP FOR FEAR OF BLEEDING OUT IN MY SLEEP SO I WAITED UNTIL 6:00 AM AND I WAS TAKEN TO MEDICAL WHERE MS. SOLIS AND MR DUKE ASSESSED MY WOUND APPLYING PRESSURE AND RUBBING THE AREA WITH GAUZE I ASKED TO BE TAKEN TO THE HOSPITAL BUT WAS TOLD the WOUND WAS UNDER CONTROL THEY WRAPED MY FOOT AND SENT ME BACK TO MY UNIT AND AS SOON AS I ARRIVED IT BURST AGAIN CAUSEING BLOOD POOL THAT THE OFFICERS SAID LOOKED LIKE A MURDER SCENE THATS HOW MUCH BLOOD I LOST I WAS TAKEN TO THE HOSPITAL A STITCH WAS APPLIED AND I WAS SENT BACK WITH A SPECIAL GAUZE TO APPLY WHICH WAS NEVER GIVEN TO ME THE LT, IS MAKING MEDICAL DETERMINATIONS THAT CAN GET SOMEONE KILLED, IT WAS BELIEVED THAT I

- 7-

WAS FAKEING MY INJURY TO GET SENT TO THE HOSPITAL, ITS A CONSTANT BATTLE TO GET TO SEE THE DOCTOR INSTEAD IM SENT TO SEE AN E.M.T WHO IS MAKING MEDICAL DIEGNOSIS, I ASKED FOR ANTIBIOTICS TO PREVENT STAFF BUT WAS DENIED AND TOLD THE DOCTOR WOULD BE NOTIFIED OF MY REQUEST I NEVER HEARD ANYTHING SINCE, I HAVE TO PHYSICALLY WALK TO PILL LINE FOR ONE (1) BAND AID AT A TIME I NEED AN ACE BANDAGE IM USEING THE SAME ONE THE HOSPITAL GAVE ME WITH DRIED BLOOD ALL OVER I HAVE TO ASK THE OFFICER ON DUTY FOR SUPPLIES (MR RUSSELL AT 12:00 AM) WHEN MY ARTORY STARTS BLEEDING. THERE ARE NO MEDICAL STAFF ON DUTY AFTER 10:30 PM STILL AT THAT TIME THERE IS ONLY A PILL line TECH ON DUTY

    I CERTIFY THAT EVERYTHING HERE IS TRUE AND CORRECT TO THE BEST OF MY RECCOLECTION UNDER PENALTY OF PURJURY

X _____

PLEASE CC: A.U.S.A

Fren Carrasco
02099-748
33 1/2 PEMBROKE RD.
DANBURY CT. 06811

-8-